# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00337-CV

**Malcolm J. Massington, Appellant**

**v.**

**Michael D. Goains and Dwight Goains, Appellees**

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. 29,239, HONORABLE EDWARD P. MAGRE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Malcolm J. Massington has filed a motion to dismiss this appeal, stating that he no longer intends to pursue this matter. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed: October 14, 2005